# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MICHAEL W DIGGS II, | § |
| *Plaintiff*, | § |
| v. | § Case No. 2:17-cv-00114-JRG-RSP |
| SOCIAL SECURITY ADMINISTRATION, | § |
| *Defendant*. | § |

## ORDER

Before the Court is the July 29, 2019 Report and Recommendation of Magistrate Judge Payne. (Dkt. No. 7.) This Report and Recommendation recommended that the case be dismissed for failure to prosecute and for failure to provide an updated address as required by the Local Rules. (*Id*.) No objections were filed to this Report and Recommendation.

Since no objections have been filed and since the Court agrees with the reasoning provided within the Report and Recommendation, the Court **ADOPTS** the Report and Recommendation. It is therefore ordered that this case shall be **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close this case.

**So Ordered this**
**Aug 22, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE